IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM BYRNE, an individual, and KATIE BYRNE, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | No. C 15-00641 WHA<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

Pursuant to the stipulation filed by the parties, the above-captioned matter is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE THE CASE**.

**IT IS SO ORDERED.**

Dated: September 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE